**Angel CRUZ**

v.

**Police Officers MADONNA, Robert E. Peachey, and Christopher McCue**

**Petition of: Police Officer Robert E. Peachey**

**No. 172 EAL 2017**

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is as follows:

Did [the] Commonwealth Court err in holding that a jury's finding of intentional tort liability was sufficient to vitiate Officer Peachey's immunity under the Political Subdivisions Tort Claims Act

even though the jury found that he did not commit willful misconduct?